# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>JOSE MARIN, <br><br>　　　　Defendant. | CV 13-03889 TJH <br><br> Order to Show Cause |

To THOMAS P. RILEY:

You are Ordered to appear on Monday, January 13, 2014, at 10:00 a.m., before the Honorable Terry J. Hatter, Jr., in Courtroom 17 of the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California, To Show Cause, if you have any, why the Court should not impose sanctions under Federal Rule of Civil Procedure 11 for filing the above complaint with this Court without conducting a reasonable inquiry as to the facts of the case.

It is further Ordered that counsel Show Cause, if you have any, why the Court should not report the matter to the Attorney Disciplinary Committee of the Central District and the California State Bar.

1   It is further Ordered that plaintiff Show Cause as to why the Court should not
2   dismiss this case for lack of subject matter jurisdiction.
3   It is further Ordered that:
4   1. Plaintiff's response to this order, if any, shall be filed and served on or before
5   December 30, 2013; and
6   2. Defendant's response, if any, shall be filed and served, on or before January
7   6, 2014.

Date:   December 16, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge